THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 

v.

 
 
 
 Stephanie B.,
 Michael H., and John Doe, Defendants,
 Of whom
 Stephanie B. is the Appellant.
 In the
 interest of a minor child under the age of 18.
 
 
 

Appeal From Dillon County
Roger E. Henderson, Family Court Judge

Unpublished Opinion No. 2012-UP-183
 Submitted March 1, 2012  Filed March 14,
2012    

AFFIRMED

 
 
 
 Nicholas W. Lewis, of Florence, for
 Appellant.
 John D. McInnis, of Dillon; and Scarlet
 Bell Moore, of Greenville, for Respondent.
 Virginia Cravens Ravenel, of Columbia, for
 Guardian ad Litem.
 
 
 

PER CURIAM: Stephanie B. appeals the family court's final order terminating her
 parental rights to her minor child.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a thorough
 review of the record and the family court's findings of fact and conclusions of
 law, pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987),
 we find no meritorious issues warrant briefing.  Accordingly, we affirm the
 family court's ruling.
AFFIRMED.[1]
WILLIAMS,
 THOMAS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.